433 A.2d 128

Commonwealth v. Makary, Appellant.

Petition for Allowance of Appeal Denied July 16, 1981.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

433 A.2d 128

Commonwealth v. Mingo, Appellant.

Submitted November 14, 1980. Paulette J. Balogh, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.